**People of the State of Illinois, Plaintiff-Appellee, v. Edward Thigpen, Defendant-Appellant.**

**Gen. No. 53,718.**

First District, Second Division.
March 10, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Harold A. Cowen, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Laurence J. Bolon, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**